UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

PEDRO NARVAEZ,

        Defendant.

95-CR-0941 (LAP)
02-CV-2308 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    In light of the Court of Appeals' recent mandate authorizing the filing of a successive 28 U.S.C. § 2255 motion, counsel shall confer and inform the Court by letter no later than September 10 how they propose to proceed.

**SO ORDERED.**

Dated: August 31, 2020
       New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.